# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | Civil Action File No: |
| Plaintiff, | 1:10-CV-04118-AT |
| v. | |
| **JOSEPH ELLES** | |
| Defendant. | |

## STIPULATION OF DISMISSAL UNDER RULE 41(a) AND PROPOSED ORDER OF DISMISSAL

Plaintiff Securities and Exchange Commission and Defendant Joseph Elles hereby stipulate under Fed.R.Civ.P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. Defendant Elles agrees that he shall not seek attorney's fees or costs related to this action pursuant to the Equal Access to Justice Act or any other federal or state statute or rule.

This 13th day of March, 2024.

Respectfully submitted,

/s/*Pat Huddleston II*
Pat Huddleston, II

Georgia Bar No. 373984

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
950 East Paces Ferry Road, N.E, Suite 900
Atlanta, Georgia 30326
(404) 842-7616
huddlestonp@sec.gov


JOSEPH ELLES, Defendant

/s/*George A. Koenig*
George A. Koenig
Georgia Bar No. 427626

ATTORNEY FOR DEFENDANT
Koenig Law Group, P.C.
Peachtree 25th, Suite 599
1718 Peachtree Street
Atlanta, GA 30309
678-539-6171
george@koeniglawgroup.com

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.  The Clerk is directed to close the file.

DATED: March ___, 2024

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing document by filing it with the Clerk of Court using the CM/ECF system. That filing system will automatically send e-mail notification of such filing to the registered counsel of record.

Dated: March 13th, 2024

*/s/ Pat Huddleston II*
Pat Huddleston II